# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV12-1644-CAS(VBKx); AND CV13-2339-CAS(VBKx) | Date | August 18, 2014 |
| Title | *SHAWN ROBERTS; ET AL. v. ELECTROLUX HOME PRODUCTS, INC.;* AND *MICHELLE MCGOWAN v. ELECTROLUX HOME PRODUCTS, INC.* | | |

| Present: The Honorable | CHRISTINA A. SNYDER, JUDGE | |
|---|---|---|
| Catherine M. Jeang | Laura Elias | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Amy Keller<br>Edward Wallace<br>Gretchen Nelson<br>Erin Dickinson<br>Gregory Coleman | Michael Williams<br>Kenneth Stalzer |

**Proceedings:**   PLAINTIFFS' MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT (Filed 08/08/14)[156]

PLAINTIFFS' MOTION FOR ATTORNEYS' FEES (Filed 07/22/14)[153]

Hearing held and counsel are present. No objectors are present in Court for the hearing. The Court confers with counsel and reviews matters with the Court, as stated in Court and on the record. The Court hereby grants the above-referenced motions. Plaintiffs' counsel shall submit a Proposed Order forthwith, in accordance with this Court's ruling.

| | 00 | : | 11 |
|---|---|---|---|
| | Initials of Preparer | | CMJ |