# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAWN ROBERTS, et al.,<br><br>  Plaintiffs,<br><br>  vs.<br><br>ELECTROLUX HOME PRODUCTS, INC.,<br><br>  Defendants. | Master File No. SACV12-1644-CAS(VBKx)<br><br>CLASS ACTION<br><br>[**PROPOSED**] FINAL JUDGMENT<br><br>The Honorable Christina A. Snyder |
| This Document Relates To: All Actions. | |

On September 11, 2014, the Court issued its Order Granting Joint Motion for Final Approval of Class Settlement and Final Judgment, Granting Class Counsel's Application for Attorneys' Fees, Costs, and Incentive Awards, and Overruling Objections to Settlement (the "Final Approval Order") (ECF No. 64). In doing so, the Court granted final approval to the Settlement, awarded the requested attorneys' fees and costs, awarded the requested incentive payments to the Class Representatives, and overruled all objections made to the Settlement. Pursuant to Fed. R. Civ. P. 58, the Court, in accordance with the Final Approval Order, ORDERS, ADJUDGES AND DECREES as follows:

1. Electrolux Home Products, Inc. ("Electrolux") and all other Releasees[1] shall be released from any and all Released Claims any Class Member had, has, or may have in the future, except for those individuals who timely excluded themselves from the Settlement.[2]

2. All claims, counts, and causes of action alleged in this action on behalf of Plaintiffs, on behalf of themselves, the Settlement Class, or both, are hereby dismissed in their entirety with prejudice.

3. In entering this Final Judgment, the Court specifically refers to and invokes the Full Faith and Credit Clause of the United States Constitution and the doctrine of comity, and requests that any court in any other jurisdiction reviewing, construing, or applying this Judgment implement and enforce its terms in their entirety.

4. Without affecting the finality of this Final Judgment in any way, the Court retains continuing jurisdiction over (1) implementation of this Settlement and this action; (2) all matters relating to the administration and consummation of the Settlement; and (3) all Parties to this action for the purpose of implementing, enforcing, and monitoring compliance with, effectuating, administering, and interpreting the provisions of the Settlement Agreement, the Final Approval Order, and this Final Judgment.

IT IS SO ORDERED.

Dated: September 15, 2014

_____
Honorable Christina A. Snyder
United States District Judge

---

[1] Capitalized terms shall have the same meaning as defined in the Settlement Agreement.

[2] A list of those individuals is attached as Exhibit A to the Declaration of Kenneth A. Stalzer, filed with this Court on August 8, 2014 (ECF No. 162-2).